Robert Ray Pilkington
Denise Louise Pilkington
P. O. Box 161
Hurricane, Utah 84737
(775) 513-8628 – Robert
email: rpilkington1959@gmail.com
(775) 513-8636 – Denise
email: denwolftrk@yahoo.com
Co-Plaintiff's Appearing Pro Se

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ROBERT RAY PILKINGTON** and **DENISE LOUISE PILKINGTON**, husband and wife, individually and jointly,<br><br>Plaintiff's,<br><br>vs.<br><br>**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**, a Wisconsin Corporation, ROE ENTITIES 1-X,<br><br>Defendant's. | Case No. 2:20-cv-01118-APG-EJY<br><br>STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; WITHDRAW DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER; LEAVE FOR PLAINTIFF'S TO AMEND COMPLAINT; and, ORDER THEREON |

Plaintiff's Robert R. Pilkington and Denise L. Pilkington, appearing Pro Se and American Family Mutual Insurance Company, S.I., by and through its counsel of record hereby stipulate as follows:

1. The insurance policy that American Family disclosed as bates numbers D001598-1631 (Doc. 23-3) is the controlling policy and the policy that was in force and effect on the date of loss.

2. The Plaintiff's Motion for Summary Judgment (Doc 20.) is hereby withdrawn.

3. The Defendant's Motion for Leave to Amend Answer (Doc. 23) is withdrawn.

4. The Parties stipulate and agree to grant Plaintiff's leave to file a Second Amended Complaint to correct allegations concerning the controlling version of the policy. Plaintiff's shall have until November 20, 2020 to file a second amended complaint. American Family shall have 14 days from the date the Second Amended Complaint is filed to file an Answer."

DATED this 12th day of November, 2020.

| CO-PLAINTIFF'S APPEARING PRO SE | HUTCHISON & STEFFEN, LLC |
|---|---|
| By: _____/s /_____ | By: _____/s /_____ |
| Robert R. Pilkington<br>P. O. Box 161<br>Hurricane, Utah 84737<br>(775) 513-8628<br>rpilkington1959@gmail.com<br>Co-Plaintiff Appearing Pro Se | Scott A. Flinders, Esq.<br>Nevada Bar No. 6975<br>10080 West Alta Drive, Suite 200<br>Peccole \ Professional Park<br>Las Vegas, Nevada 89145<br>(702) 385-2500<br>sflinders@hutchlegal.com<br>Attorneys for Defendant |

## ORDER

Based on the Parties' above Stipulation, the insurance policy that American Family disclosed as bates numbers D001598-1631 (Doc. 23-3) is the controlling policy and the policy that was in force and effect on the date of loss; Plaintiff's Motion for Summary Judgment (Doc 20.) and Defendant's Motion for Leave to Amend Answer (Doc. 23) are HEREBY WITHDRAWN. The Plaintiff's are to file their Second Amended Complaint on or before November 20, 2020. American Family shall have 14 days from the date the Second Amended Complaint is filed to file an Answer.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 12, 2020

Submitted by:

_____/s/_____
Robert Ray Pilkington
P. O. Box 161
Hurricane, Utah 84737
(775) 513-8628 – Robert
email: rpilkington1959@gmail.com
Co-Plaintiff Appearing Pro Se